GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

LEANN PEDERSEN POPE
DANIELLE J. SZUKALA
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Email: lpope@burkelaw.com;
dszukala@burkelaw.com
Admitted *Pro Hac Vice*

Attorneys for Defendants
JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL STEVENS, on behalf of himself and all others similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A. and DOES 1 through 125, ,<br><br>Defendant. | CASE NO. CV09-3116 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants JPMorgan

///

///

RC1/5372772.1/AB7

[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

1   Chase & Co. and JPMorgan Chase Bank, N.A. shall have an extension of seven days up to and
2   including September 10, 2009, within which to respond to the complaint herein.
3
4   Dated:_____                    _____
5                                          THE HONORABLE SUSAN ILLSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5372772.1/AB7           - 2 -        [PROPOSED] ORDER GRANTING
                                         STIPULATION TO EXTEND TIME TO RESPOND
                                         TO COMPLAINT