RICHARD D. McCUNE, Esq., State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, Esq., State Bar No. 177468
dcw@mccunewright.com
JAE (EDDIE) K. KIM, Esq., State Bar No.: 236805
jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Attorneys for Plaintiff, Randall Stevens, on behalf of himself
and all others similarly situated.

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        gweickhardt@rmkb.com
              wkrog@rmkb.com

Of Counsel:
LEANN PEDERSON POPE (*Admitted Pro Hac Vice*)
lpope@burkelaw.com
Danielle J. Szukala (*Admitted Pro Hac Vice*)
dszukala@burkelaw.com
BURKE, WARREN, MACKAY &
SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900

Attorneys for Defendants
JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL STEVENS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A. and DOES 1 through 125,<br><br>Defendants. | Case No.:  CV 09-03116 SI<br><br>Judge:  Hon. Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Complaint Filed:  July 9, 2009**<br>**Trial Date:  None**<br>**Initial CMC Hearing Date: October 23, 2009**<br>**Initial CMC Hearing Time: 2:00 p.m.** |

- 1 -

**STIPULATION**

WHEREAS, plaintiff Randall Stevens ("Plaintiff") filed his Class Action Complaint ("Complaint"), on behalf of himself and all others similarly situated, on July 9, 2009;

WHEREAS, defendants JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. (collectively "Defendants"), each filed a motion to dismiss the Complaint on September 10, 2009;

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on October 8, 2009, which will facilitate clarification of the claims and allegations to which Defendants' responses will be directed;

WHEREAS, Defendants agree to withdraw their motions to dismiss in light of the filing of the First Amended Complaint, thereby removing the October 30, 2009 hearing on the motions;

WHEREAS, Plaintiff agrees to extend the time for Defendants to respond to the FAC to thirty (30) days after the filing of the FAC, which is November 9, 2009;

WHEREAS, the initial case management conference ("CMC") is currently set for October 23, 2009; and

WHEREAS, the parties have agreed to continue the CMC to December 4, 2009, or a later date when the Court is available, so that preliminary pleading matters may be initiated prior to the CMC;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the Court enter an order that:

1.    Defendants' time to respond to the First Amended Complaint is extended for a period of thirty (30) days after the filing of the FAC to November 9, 2009; and

//
//
//
//
//
//
//
//

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO
EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.:  CV 09-03116 SI

1      2.    The initial case management conference is continued to December 4, 2009, or a later date

2      when the Court is available.

3    IT IS SO STIPULATED.

4 Dated:  October 8, 2009           ROPERS, MAJESKI, KOHN & BENTLEY

5                   GEORGE G. WEICKHARDT
WENDY C. KROG

6

7              By:      /S/ *George G. Weickhardt*
                       George G. Weickhardt

8

9         Attorneys for Defendants
           JPMORGAN CHASE & CO. and JPMORGAN

10        CHASE BANK, N.A.,

11 Dated:  October 8, 2009         MCCUNEWRIGHT LLP

12          RICHARD D. MCCUNE
DAVID C. WRIGHT

13        JAE (EDDIE) K. KIM

14        By:      /S/ *Richard D. McCune*

15             Richard D. McCune

16      Attorneys for Plaintiff
      RANDALL STEVENS

- 3 -

1

**ORDER**

2    IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

3    1.    Defendants' time to respond to the First Amended Complaint is extended to thirty (30)

4          days, to and including November 9, 2009.

5    2.    The initial case management conference is continued to December 4, 2009, or a later date

6          when the Court is available.

7

8    IT IS SO ORDERED.

9

10   DATED:_____                    _____

11                                               The Honorable Susan Illston
                                                 United Stated District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO
EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.:  CV 09-03116 SI