1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105-1667
   Telephone:     (415) 543-4800
4  Facsimile:     (415) 972-6301
   Email:         gweickhardt@rmkb.com
5                 wkrog@rmkb.com

6  LEANN PEDERSEN POPE
   DANIELLE J. SZUKALA
7  Burke, Warren, MacKay & Serritella, P.C.
   330 North Wabash, 22nd Floor
8  Chicago, IL  60611
   Telephone:     (312) 840-7000
9  Facsimile:     (312) 840-7900
   Email:         lpope@burkelaw.com;
10                dszukala@burkelaw.com
   Admitted Pro Hac Vice
11
   Attorneys for Defendants
12 JPMORGAN CHASE & CO. and JPMORGAN
   CHASE BANK, N.A.
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
   RANDALL STEVENS, on behalf of          CASE NO.  CV09-3116 SI
17 himself and all others similarly situated,
                                          **[PROPOSED] ORDER GRANTING**
18              Plaintiff,                **CONTINUATION OF CASE**
                                          **MANAGEMENT CONFERENCE**
19 v.

20 JPMORGAN CHASE & CO.;
   JPMORGAN CHASE BANK, N.A. and
21 DOES 1 through 125,

22              Defendant.

23 ///
   ///
24 ///
   ///
25 ///
   ///
26 ///
   ///
27 ///
   ///
28 ///

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

The Case Management Conference will be held on April 9, 2010, the same date as the hearing on Chase's motion to dismiss.

IT IS SO ORDERED.

Dated: _____, 2010

_____
HON. SUSAN Y. ILLSTON