RICHARD D. McCUNE, Esq., State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, Esq., State Bar No. 177468
dcw@mccunewright.com
JAE (EDDIE) K. KIM, Esq., State Bar No.: 236805
jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Attorneys for Plaintiff, Randall Stevens, on behalf of himself
and all others similarly situated.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL STEVENS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A., and DOES 1 through 125<br><br>　　　　　Defendants. | Case No.:   CV09-03116SI<br><br>Judge Assigned:   Hon. Susan Illston<br>Complaint Filed:  July 9, 2009<br><br>[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL |

　　　　Pursuant to the above Stipulation between Plaintiff Randall Stevens ("Plaintiff") and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively referred hereafter as "Defendants"), the Court hereby orders:

　　　　1.　　That this action shall be, and hereby is, dismissed WITH PREJUDICE as to individual named plaintiff Randall Stevens, and WITHOUT PREJUDICE as to absent members of the putative class; and

//

1       2.    That no notice of the dismissal of this action shall be provided to absent members of the
2 putative class.

4 DATED: _____, 2010     _____
5                                                    Hon. Susan Illston

[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL
Case No.:  CV09-03116SI